**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00910-CV

———————————

**HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR OPTEUM MORTGAGE ACCEPTANCE CORPORATION ASSET BACKED PASS THROUGH CERTIFICATES, SERIES 2005-3, Appellant**

**V.**

**DENISE A. LEINWEBER, Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-72323-A**

---

## MEMORANDUM OPINION

Appellant, HSBC Bank USA National Association, as Trustee for Opteum

Mortgage Acceptance Corporation Asset Backed Pass Through Certificates, Series

2005-3, has filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.